JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMTEK TECHNOLOGY, CO., LTD., | Case No.: CV09-0564 DOC (RNBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| 3DSP CORPORATION, | |
| Defendant. | |

Based on the Stipulation of the parties, and good cause appearing, NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Plaintiff GEMTEK TECHNOLOGY, CO., LTD. and against Defendant 3DSP CORPORATION in the principal sum of $400,000.00. Defendant 3DSP CORPORATION shall take nothing.

IT IS SO ORDERED.

DATED: June 22, 2009                    _____

                                        United States District Judge

---

JUDGMENT

C:\Temp\notesFFF692\LA1DOCS1-#240498-v1-Judgment_(Gemtek).DOC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable, LLP 2049 Century Park East, Suite 2100, Los Angeles, California.

On June 19, 2009, I served the foregoing document(s) described as **JUDGMENT** on the interested parties in this action addressed as follows:

☑  By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐  **BY PERSONAL SERVICE (CCP §1011)**: I am readily familiar with Time Machine, Inc.'s practice of collection and processing of the firm's service of process and delivery of such envelope(s) by hand to the addressee(s) as stated:

Zhiwei Xu
3DSP Corporation
16271 Laguna Canyon Road
Irvine, CA  92618

☑  **BY MAIL (CCP §1013(a)&(b))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2100, Los Angeles, California, in the ordinary course of business:

☐  **BY THE COURT'S ELECTRONIC CASE FILING SYSTEM:** I electronically served the foregoing via the Court's website on the designated registered recipients.

Executed on June 19, 2009 at Los Angeles, California

☑  **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ Jeffrey M. Tanzer
Jeffrey M. Tanzer